IN THE UNITED STATES COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SIDNEY MARTS,**

    Petitioner,

v.                                      Case No. 3:17cv651-LC/CAS

**JULIE JONES, Secretary,**
**Florida Department of Corrections,**

    Respondent.
_____/

## **ORDER**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge (ECF No. 12). The parties have been furnished with a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of the objections timely filed (ECF No. 13).

Having considered the Report and Recommendation, and the objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (ECF No. 8) is **GRANTED**.

3. The § 2254 petition for writ of habeas corpus (ECF No. 1) is **DISMISSED**.

4. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 20th day of July, 2018.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**